No. 83–6803. GEORGE v. HOUSTON POLICE DEPARTMENT ET AL. Appeal from C. A. 5th Cir. dismissed for want of juris-

diction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. 